reversed and the cause remanded, with instructions to vacate the order, remand Warren to the custody of the Warden and issue appropriate process to take Warren into custody and deliver him to the Warden.

UNITED STATES of America, Appellee,

v.

Leonard Green MARTIN, Appellant.

No. 8344.

United States Court of Appeals
Fourth Circuit.

Argued June 21, 1961.

Decided June 23, 1961.

J. C. TAYLOR, Warden, United States Penitentiary, Leavenworth, Kansas, Appellant,

v.

James K. WARREN, Appellee.

No. 6680.

United States Court of Appeals
Tenth Circuit.

June 23, 1961.

Howard A. Glickstein, Atty., Dept. of Justice, Washington, D. C. (Burke Marshall, Asst. Atty. Gen., Newell A. George, U. S. Atty., Kansas City, Kan., and Harold H. Greene, Atty., Dept. of Justice, Washington, D. C., on the brief), for appellant.

No appearance for appellee.

Before PHILLIPS, PICKETT and LEWIS.

PER CURIAM.

Under facts not materially different from the facts in Taylor v. Simpson, 10 Cir., 292 F.2d 698, the instant case presents the same issue of law decided in the Simpson case. On authority of the Simpson case, the order in the instant case is